UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| SHAQUILLE HAZELWOOD,<br><br>          Plaintiff,<br><br>v.<br><br>NEVADA STATE OF, *et al.*,<br><br>          Defendants. | CASE NO.: 3:14-CV-00332-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #8) entered on September 12, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *in Forma Pauperis* (#6) and dismiss the Complaint (#7) with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #8),

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in Forma Pauperis* (#6) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion (#9) is DENIED as MOOT.

IT IS FURTHER ORDERED that this action is DISMISSED WITH `PREJUDICE, The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 4th day of November, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE